Per Curiam.
 

 In relation to promissory notes, there is the same necessity for demand of the drawer
 
 (a)
 
 and notice of non-payment, if assigned after being due as before. The general rule is, that there should be this notice within a reasonable time.-This general rule, however, admits of the exception stated by the plaintiffs counsel in his last argument. Notice is not necessary where the indorser knew of the insolvency of the drawer at the time of the indorsement ; and if the jury in this case believe the defendant knew this, they ought to find for the plaintiffs. In this case, neither demand of the drawer, nor notice to the indorser is necessary, nor does it seem to make any difference, whether the insolvency were known to the indorsers or not.
 

 Verdict for the plaintiffs.
 

 (a)
 

 1 Str. 649.